Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| VIRGINIA CORSICK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-03053 JF PVT |
| WEST ASSET MANAGEMENT, INC., | ) |
| Defendant. | ) |

The parties hereby agree to mediate this matter through the Court's ADR Unit.

Respectfully,

/s/Ronald Wilcox_____          10/9/09
Ronald Wilcox, Attorney for Plaintiff          Date


/s/David Israel_____          10/11/09
David Israel, Attorney for Defendants          Date

## [PROPOSED] ORDER

The parties are hereby ordered to attend mediation through the Court's ADR Unit.

**IT IS SO ORDERED.**

Date: 10/22/09

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE