Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**E-Filed 10/28/2009**

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST ASSET MANAGEMENT, INC., ) <br> ) <br> Defendant. ) <br> ) | STIPULATION AND REQUEST TO CONTINUE NOVEMBER 6, 2009 CASE MANAGEMENT CONFERENCE and [Proposed] ORDER <br><br> Civil Action No. 09-03053 JF PVT <br><br> Date: November 6, 2009 <br> Time: 10:30 a.m. <br> Judge: HON. JEREMY FOGEL <br> U.S. DISTRICT COURT <br> 280 South First St. <br> San Jose, CA |

On October 14, 2009 the parties filed a Stipulation to Mediate this matter (Docket #14). The parties have already engaged in some informal discovery and exchange of information. The parties will provide initial disclosures by October 30, 2009, continue with discovery and attempt to resolve this matter through mediation. Therefore, we respectfully request the Court continue the above-mentioned Case Management Conference for approximately 90-days, allowing the parties time to attempt to mediate and resolve this matter.

Respectfully,

/s/Ronald Wilcox                              10/9/09
Ronald Wilcox, Attorney for Plaintiff         Date

/S/
_____    _____
David Israel, Attorney for Defendants      Date

**[PROPOSED] ORDER**

The Case Management Conference is hereby continued to  2/5/2010  .

**IT IS SO ORDERED.**

Date:  10/22/2009

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE