David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA  70002-7227
Tel:   504/828-3700
Fax:   504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

**E-Filed 1/22/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, | Case No.  09-CV-03053 JF |
| Plaintiff, | STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE AND [PROPOSED] ORDER THEREON |
| vs. | |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., hereby jointly request a continuance, through February 5, 2010, to complete the mediation of this matter.  This stipulation is based on the

following:

1. On October 22, 2009, the Hon. Jeremy Fogel issued an order for the parties to attend mediation through the ADR Unit. The mediation completion deadline is January 20, 2010.

2. On November 5, 2009, Carol L. Woodward was appointed mediator.

3. On January 8, 2010, Ms. Woodward and counsel for the parties participated in a pre-mediation telephone conference. At that time, the mediation was scheduled for February 3, 2010.

Based on the foregoing, the parties stipulate that the mediation completion deadline be continued to February 5, 2010.

Dated: 1/18/10          Horwitz, Horwitz & Associates

　　　　　　　　　　　　　  /s/ O. Randolph Bragg_____
　　　　　　　　　　　　　 O. Randolph Bragg
　　　　　　　　　　　　　 Attorney for Plaintiff

Dated: 1/18/10          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

　　　　　　　　　　　　　 /s/ Debbie P. Kirkpatrick_____
　　　　　　　　　　　　　 Debbie P. Kirkpatrick
　　　　　　　　　　　　　 Attorney for Defendant

[PROPOSED] ORDER

The mediation completion deadline is hereby continued to February 5, 2010.

IT IS SO ORDERED.

Dated: 1/21/2010                    _____
　　　　　　　　　　　　　　　　　　  Hon. Jeremy Fogel
　　　　　　　　　　　　　　　　　　  United States District Judge