Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| VIRGINIA CORSICK,<br><br>       Plaintiff,<br><br>v.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>       Defendant. | REQUEST TO CONTINUE FEBRUARY 5, 2010 CASE MANAGEMENT CONFERENCE and [Proposed] ORDER<br><br>Civil Action No. 09-03053 JF PVT<br><br>Date: February 5, 2010<br>Time: 10:30 a.m.<br>Judge: HON. JEREMY FOGEL<br>U.S. DISTRICT COURT<br>280 South First St.<br>San Jose, CA |

   The parties will be attending a mediation session on February 3, 2010. Thus, Plaintiff respectfully requests the Court continue the February 5, 2010 Case Management Conference to February 19, 2010.

Respectfully,

/s/Ronald Wilcox                               1/20/10
Ronald Wilcox, Attorney for Plaintiff       Date

**[PROPOSED] ORDER**

The Case Management Conference is hereby continued to  February 19, 2010 at 10:30 p.m.

**IT IS SO ORDERED.**

Date: 1/21/2010

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE