David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Tel: 504/828-3700
Fax: 504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, | Case No. 09-CV-03053 JF |
| Plaintiff, | STIPULATION FOR FURTHER CONTINUANCE OF MEDIATION COMPLETION DEADLINE AND [~~PROPOSED~~] ORDER |
| vs. | |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., hereby jointly request a continuance, through March 12, 2010, to complete the mediation of this matter. This stipulation is based on the

following:

1. On October 22, 2009, the Hon. Jeremy Fogel issued an order for the parties to attend mediation through the ADR Unit. The mediation completion deadline is January 20, 2010.

2. On November 5, 2009, Carol L. Woodward was appointed mediator.

3. On January 8, 2010, Ms. Woodward and counsel for the parties participated in a pre-mediation telephone conference. At that time, the mediation was scheduled for February 3, 2010.

4. On January 21, 2010 the Court approved the parties' stipulation to continue the mediation completion deadline to February 5, 2010 to accommodate he scheduled mediation date.

5. The settlement structure the parties contemplated at the time of the January 8, 2010 pre-mediation telephone conf. with Ms. Woodward has had to be changed completely based on further investigation of the scope of the putative class.

6. The parties are presently working on a new class settlement structure. Further work needs to be done in order for the parties to present their respective positions regarding settlement at the time of the mediation. The parties will not be ready to mediate a class settlement by the currently scheduled February 3, 2010, mediation date and are presently coordinating a new date with the mediator. The proposed new date is March 9, 2010.

7. Both parties wish to avoid incurring the costs associated with the mediation, including travel by West's representative from Nebraska and travel by West's lead counsel from Louisiana, until they are in a position to finalize the settlement at the time of the mediation.

Based on the foregoing, the parties stipulate that the mediation completion deadline be continued to March 12, 2010.

Dated: 1/28/10          Horwitz, Horwitz & Associates

                        /s/ O. Randolph Bragg
                        O. Randolph Bragg
                        Attorney for Plaintiff

Dated: 1/28/10          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        /s/ Debbie P. Kirkpatrick
                        Debbie P. Kirkpatrick
                        Attorney for Defendant

## [~~PROPOSED~~] ORDER

The mediation completion deadline is hereby continued to March 12, 2010.

IT IS SO ORDERED.

Dated: 1-29-10

                        Hon. Jeremy Fogel
                        United States District Judge