Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

\*\*E-Filed 2/22/2010\*\*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| VIRGINIA CORSICK,<br><br>    Plaintiff,<br><br>v.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>    Defendant. | STIPULATION AND REQUEST TO CONTINUE FEBRUARY 19, 2010 CASE MANAGEMENT CONFERENCE and [Proposed] ORDER<br><br>Civil Action No. 09-03053 JF PVT<br><br>Date: February 19, 2010<br>Time: 10:30 a.m.<br>Judge: HON. JEREMY FOGEL<br>U.S. DISTRICT COURT<br>280 South First St.<br>San Jose, CA |

The Court extended the mediation completion date to March 12, 2010. The parties will be attending a mediation session on March 9, 2010. Thus, the parties respectfully request the Court continue the February 19, 2010 Case Management Conference to March ~~19~~ 26, 2010.

Respectfully,

/s/Ronald Wilcox                                    2/9/10
Ronald Wilcox, Attorney for Plaintiff       Date

[signature]                                                 2/9/10
David Israel, Attorney for Defendants    Date

1
2                              **[PROPOSED] ORDER**
3        The Case Management Conference is hereby continued to  3/26/2010 at 10:30  a.m.
4     **IT IS SO ORDERED.**
5
6     Date: 2/22/2010
7     _____
      HON. JEREMY FOGEL
8     U.S. DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25