David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Tel: 504/828-3700
Fax: 504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, | ) Case No. 09-CV-03053 JF |
| | ) |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE |
| | ) OF CASE MANAGEMENT |
| vs. | ) CONFERENCE DUE TO SETTLEMENT |
| | ) AND [PROPOSED] ORDER |
| WEST ASSET MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant

West Asset Management, Inc., hereby jointly request a continuance of the March 26,

2010, Case Management Conference. The parties have reached a settlement of this case

and are currently finalizing a settlement agreement. The parties expect to file within 30 days a Joint Motion for Preliminary Approval of Class Action Settlement. Thus, the parties stipulate to and respectfully request the Court order a continuance of the Case Management Conference for at least 30 days from March 26, 2010, to allow for the filing of the joint motion.

Dated: 3/17/10              Horwitz, Horwitz & Associates

                                _/s/ O. Randolph Bragg_____
                                O. Randolph Bragg
                                Attorney for Plaintiff

Dated: 3/17/10              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                /s/ Debbie P. Kirkpatrick_____
                                Debbie P. Kirkpatrick
                                Attorney for Defendant

<u>[PROPOSED] ORDER</u>

The Case Management Conference is hereby continued to _____, 2010.

IT IS SO ORDERED.

Dated:                                  _____
                                   Hon. Jeremy Fogel
                                   United States District Judge