David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA  70002-7227
Tel:    504/828-3700
Fax:   504/828-3737
disrael@sessions-law.biz

**E-Filed 3/25/2010**

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK,<br><br>                              Plaintiff,<br><br>        vs.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>                          Defendant. | Case No.  09-CV-03053 JF<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT AND ~~[PROPOSED]~~ ORDER |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., hereby jointly request a continuance of the March 26, 2010, Case Management Conference.  The parties have reached a settlement of this case

and are currently finalizing a settlement agreement. The parties expect to file within 30 days a Joint Motion for Preliminary Approval of Class Action Settlement. Thus, the parties stipulate to and respectfully request the Court order a continuance of the Case Management Conference for at least 30 days from March 26, 2010, to allow for the filing of the joint motion.

Dated: 3/17/10        Horwitz, Horwitz & Associates

                            /s/ O. Randolph Bragg
                            O. Randolph Bragg
                            Attorney for Plaintiff

Dated: 3/17/10        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                            /s/ Debbie P. Kirkpatrick
                            Debbie P. Kirkpatrick
                            Attorney for Defendant

## [PROPOSED] ORDER

The Case Management Conference is hereby continued to ___April 30___, 2010.

IT IS SO ORDERED.

Dated:   3/22/2010           _____
                            Hon. Jeremy Fogel
                            United States District Judge