David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*  **E-Filed 3/25/2010**
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA  70002-7227
Tel:   504/828-3700
Fax:   504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, | ) Case No.  09-CV-03053 JF |
|  | ) |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE |
|  | ) OF CASE MANAGEMENT |
| vs. | ) CONFERENCE DUE TO SETTLEMENT |
|  | ) AND [PROPOSED] ORDER |
| WEST ASSET MANAGEMENT, INC., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., hereby jointly request a continuance of the March 26, 2010, Case Management Conference.  The parties have reached a settlement of this case

and are currently finalizing a settlement agreement. The parties expect to file within 30 days a Joint Motion for Preliminary Approval of Class Action Settlement. Thus, the parties stipulate to and respectfully request the Court order a continuance of the Case Management Conference for at least 30 days from March 26, 2010, to allow for the filing of the joint motion.

Dated: 3/17/10			Horwitz, Horwitz & Associates

				 /s/ O. Randolph Bragg_____
				O. Randolph Bragg
				Attorney for Plaintiff

Dated: 3/17/10			SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

				/s/ Debbie P. Kirkpatrick_____
				Debbie P. Kirkpatrick
				Attorney for Defendant

### [PROPOSED] ORDER

The Case Management Conference is hereby continued to __April 30_____, 2010.

IT IS SO ORDERED.

Dated: 3/22/2010

				_____
				Hon. Jeremy Fogel
				United States District Judge