**E-Filed 5/12/2010**

David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Tel:  504/828-3700
Fax: 504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:  619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, | ) Case No. 09-CV-03053 JF |
| | ) |
| Plaintiff, | ) STIPULATION FOR FURTHER |
| | ) CONTINUANCE OF CASE |
| vs. | ) MANAGEMENT CONFERENCE AND |
| | ) [PROPOSED] ORDER |
| WEST ASSET MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., hereby jointly request a continuance of the May 14, 2010, Case Management Conference. As previously reported, the parties have reached a

settlement in principle of this case. The parties had expected to file a Joint Motion for Preliminary Approval of Class Action Settlement before the Case Management Conference scheduled for May 14, 2010.  However, plaintiff is in the process of confirming issues relating to defendant's net worth which may impact the settlement. Consequently, the parties have not yet finalized certain settlement terms.

Thus, the parties stipulate to and respectfully request the Court order a continuance of the Case Management Conference for at least two weeks from May 14, 2010, to allow for the parties to finalize settlement terms and file the Joint Motion for Preliminary Approval of Class Action Settlement.

Dated: 5/10/10

    /s/ Ronald Wilcox_____
Ronald Wilcox
Attorney for Plaintiff

Dated: 5/10/10                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

    /s/ Debbie P. Kirkpatrick_____
Debbie P. Kirkpatrick
Attorney for Defendant

1
2
3          [PROPOSED] ORDER
4     The Case Management Conference is hereby continued to  May 28  , 2010.
5     IT IS SO ORDERED.
6  Dated:                                    _____
7                                             Hon. Jeremy Fogel
8                                             United States District Judge