David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*                               **E-Filed 6/24/2010**
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA  70002-7227
Tel:   504/828-3700
Fax:   504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, | Case No.  09-CV-03053 JF |
| Plaintiff, | STIPULATION FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| vs. | |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

The undersigned, counsel of record for Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., hereby jointly request a continuance of the June 25, 2010, Case Management Conference.  The parties have entered into a Class Action Settlement

Agreement. On June 23, 2010, the parties' Joint Motion for Preliminary Approval of Class Action Settlement was filed and is set for hearing on July 23, 2010. In light of the present case status, the parties stipulate to and respectfully request the Court order a continuance of the Case Management Conference for a period of four months.

Dated: 6/23/10

                                 _/s/ Ronald Wilcox_____
                                 Ronald Wilcox
                                 Attorney for Plaintiff

Dated: 6/23/10               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                 /s/ Debbie P. Kirkpatrick_____
                                 Debbie P. Kirkpatrick
                                 Attorney for Defendant

[PROPOSED] ORDER

The Case Management Conference is hereby continued to \_\_\_October 29\_\_\_, 2010.

IT IS SO ORDERED.

Dated: _____
Hon. Jeremy Fogel
United States District Judge