Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

O. Randolph Bragg (IL Bar No. 6221983)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

ATTORNEYS FOR PLAINTIFF

\*\*E-Filed 7/21/2010\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>Defendant. | **No. CV 09-3053 JF PVT**<br><br>REQUEST OF COUNSEL FOR PERMISSION TO PARTICIPATE IN HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date: July 23, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor |

The undersigned, counsel of record for Plaintiff Virginia Corsick hereby respectfully requests the Court's permission to participate by telephone in the hearing on the parties' Joint Motion for Preliminary Approval of Class Action Settlement scheduled for July 23, 2010 at 9:00 a.m., before the Honorable Judge Jeremy Fogel. The basis of this request is that the offices of

the below signed counsel are located in Chicago, Illinois and telephonic participation in the hearing on this joint motion would eliminate the significant expenditure of time and resources involved in travel to and from San Jose. If this relief is granted, the undersigned will arrange to participate through the Court Call process.

                                                                                               _O. Randolph Bragg_
                                                                                               O. Randolph Bragg
                                                                                               Horwitz, Horwitz & Assoc.
                                                                                               25 E Washington St., Ste 900
                                                                                               Chicago, IL 60602

                                                                                               **Attorney for Plaintiff Virginia Corsick**

**[PROPOSED] ORDER**

Permission is hereby granted for O. Randolph Bragg, counsel of record for Plaintiff Virginia Corsick, to participate by telephone in the hearing on the Joint Motion for Preliminary Approval of Class Action Settlement scheduled for July 23, 2010 at 9:00 a.m. Mr. Bragg is directed to contact the Court for approval at (408) 535-5426 or (408) 535-5166 and contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to schedule a telephonic appearance.

Dated: 7/21/2010

_____
Hon. Jeremy Fogel
United States District Judge