O. Randolph Bragg, Esq. (ISB 6221983)
rand@horwitzlaw.com
*Admitted pro hac vice*
Horwitz, Horwitz & Associates, Ltd.
25 East Washington Street, Suite 900
Chicago, IL 60602-1716
Tel: (312) 372-8822
Fax: (312) 372-1673

Ronald Wilcox, Esq. (CSB 176601)
ronaldwilcox@post.harvard.edu
2160 The Alameda First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Attorneys for Plaintiff
Virginia Corsick

David Israel, Esq. (LSB 7174)
disrael@sessions-law.biz
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL,
L.L.C.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Tel: (504) 828-3700
Fax: (504) 828-3737

Debbie P. Kirkpatrick, Esq. (CSB 207112)
dkirkpatrick@sessions-law.biz
Sondra R. Levine, Esq. (CSB 254139)
slevine@sessions-law.biz
SESSIONS, FISHMAN, NATHAN & ISRAEL,
L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel: (619) 758-1891
Fax: (619) 222-3667

Attorneys for Defendant
West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK,<br><br>    Plaintiff,<br><br> vs.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>    Defendant. | ) Case No. 09-CV-03053 JF<br>)<br>) NOTICE OF JOINT MOTION AND<br>) JOINT MOTION FOR FINAL<br>) APPROVAL OF CLASS ACTION<br>) SETTLEMENT<br>)<br>) Hearing Date: November 19, 2010<br>) Hearing Time: 9:00 a.m.<br>) Courtroom 3, 5th Floor<br>)<br>) |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff, Virginia Corsick (hereinafter referred to as "Plaintiff"), on behalf of herself and the class she represents, by and through her counsel of record, and Defendant West Asset Management, Inc. ("West" or "Defendant"), by and through its counsel, hereby jointly move the Court to enter an order:

(a) finally approving the settlement on the terms and conditions set forth in the Class Action Settlement Agreement ("Settlement Agreement") entered into between Plaintiff and Defendant;

(b) certifying a Class for purposes of effectuating the settlement; designating Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

(c) finding the Notice of Class Action Lawsuit and Proposed Settlement mailed to each member of the Class was the best notice practicable and fully satisfied the requirements of Rule 23;

(d) approving in all respects the settlement embodied in the Settlement Agreement and directing the settling parties to consummate the agreement in accordance with its terms and provisions;

(e) dismissing with prejudice the lawsuit and all claims contained therein against Defendant and all Doe defendants; and

(f) directing the judgment to be entered as a final judgment.

This Joint Motion is based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Class Counsel O. Randolph Bragg, the Declaration of Class Counsel Ronald Wilcox, the Declaration of Luanne Zolczynski, West Compliance Manager, the Declaration of Debbie P. Kirkpatrick, counsel for West, and the Declaration of Margaret Campos, Case Manager of claims administrator First Class, Inc.  Lodged concurrently herewith is the [Proposed] Final Judgment and Order.

Respectfully submitted,

Horwitz, Horwitz & Associates

Dated: 10/15/10    _/s/O. Randolph Bragg_____
                   O. Randolph Bragg
                   Counsel for Plaintiff
                   Virginia Corsick

Dated: 10/15/10    _/s/ Ronald Wilcox_____
                   Ronald Wilcox
                   Counsel for Plaintiff
                   Virginia Corsick


Sessions, Fishman, Nathan & Israel, L.L.P.

Dated: 10/15/10    _/s/Debbie P. Kirkpatrick_____
                   Debbie P. Kirkpatrick
                   Counsel for Defendant
                   West Asset Management, Inc.