David Israel, Esq. (LSB 7174)
*Admitted pro hac vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Ste. 200
Metairie, LA  70002-7227
Tel:   504/828-3700
Fax:   504/828-3737
disrael@sessions-law.biz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz

Attorney for West Asset Management, Inc.

**\*\*E-Filed 10/26/2010\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIRGINIA CORSICK, <br><br> Plaintiff, <br><br> vs. <br><br> WEST ASSET MANAGEMENT, INC., <br><br> Defendant. | Case No.  09-CV-03053 JF <br><br> JOINT REQUEST TO VACATE OCTOBER 29, 2010 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |

Plaintiff Virginia Corsick and Defendant West Asset Management, Inc., through undersigned counsel, hereby jointly request the Court vacate the October 29, 2010 Case Management Conference.  This request is based on the following:

On June 24, 2010 the Court issued an order continuing the Case Management Conference from June 25, 2010 to October 29, 2010.  *See* Docket, #42.

On August 3, 2010, the Court issued an Order of Preliminary Approval of Class Action Settlement and set a November 19, 2010 final fairness hearing.  *See* Docket, #49.

On October 15, 2010, the parties filed their Joint Motion for Final Approval of Class Action Settlement in preparation for the November 19, 2010 hearing.  *See* Docket, #51.

In light of the case status as described above, the parties respectfully request the Court vacate the October 29, 2010 Case Management Conference.

Respectfully submitted,

Dated: 10/21/10                    Horwitz, Horwitz & Associates

    /s/ O. Randolph Bragg
O. Randolph Bragg
Attorney for Plaintiff

Dated: 10/21/10

    /s/ Ronald Wilcox
Ronald Wilcox
Attorney for Plaintiff

Dated: 10/21/10                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant West Asset Management, Inc.

~~[PROPOSED]~~ ORDER

The October 29, 2010 Case Management Conference is hereby vacated.

Dated: 10/26/2010

_____
Hon. Jeremy Fogel
United States District Judge