## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 19, 2010          Time: 2 mins
**Case Number:** CV-09-3053-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

**TITLE:**          **VIRGINIA CORSICK   V.  WEST ASSET MANAGEMENT**

                    **PLAINTIFF**                    **DEFENDANT**

**Attorneys Present:  O. Randolph Bragg**          **Attorneys Present: Debbie Kirkpatrick**

---

PROCEEDINGS:

Hearing on Motion for Final Approval of Settlement held.  Parties are present.
The Court grants the motion.